# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# LOUISVILLE DIVISION

| | | |
|---|---|---|
| **OCTAVE MUREGO, et al.,** | ) | Case No.:   3:23CV-13-RGJ |
| | ) | |
| **Plaintiffs,** | ) | Judge |
| | ) | Magistrate Judge |
| v. | ) | |
| | ) | |
| **LYFT, INC.** | ) | |
| | ) | ***ELECTRONICALLY FILED*** |
| **Defendant.** | ) | |
| | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, and Local Rule 3.2, Joint Local Rules of the United States District Court for the Western and Eastern Districts of Kentucky, Defendant Lyft, Inc. ("Lyft") hereby gives notice of the removal of the above-captioned case from the Circuit Court of the Commonwealth of Kentucky, in and for the County of Jefferson, to the United States District Court for the Western District of Kentucky, Louisville Division, and in support thereof respectfully asserts:

1.   On December 5, 2022, Plaintiffs Octave Murego and Divine Nyiramucyo ("Plaintiffs") filed the present lawsuit in the Circuit Court of the Commonwealth of Kentucky, in and for the County of Jefferson, Case No. 22-CI-006286. *See* Complaint, a true and correct copy of which is attached as Exhibit "A."

2.   Summons was issued to Lyft on December 5, 2022. *See* Summons, a true and correct copy of which is attached as Exhibit "A."

3.   The Jefferson Circuit Court Clerk received the Return Receipt of Summons from Lyft, Inc. on December 14, 2022. *See* Docket as of January 3, 2023, a true and correct copy of which is attached as Exhibit "A."

4. Pursuant to K.R.S. 454.210(3)(c), the date of return by the Secretary of State to the Circuit Court Clerk begins the thirty-day clock for removal. *Everett v. Am. Gen. Life Ins. Co.*, 2016 U.S. Dist. LEXIS 122827 *4 (W.D. Kentucky.).

5. This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b)(1) because it is being filed within thirty (30) days after service on Lyft, which occurred on December 9, 2022, pursuant to K.R.S. 454.210(3)(c).

6. There is complete diversity among the parties because they are citizens of different states. Plaintiffs are citizens of the Commonwealth of Kentucky. *See* Complaint ¶ 1. Defendant Lyft is a Delaware corporation with its principal place of business in California. *Id.* at ¶ 2. Further, counsel for Plaintiff does not object to removal.

7. Plaintiffs have not pled a specific amount of damages. Accordingly, Lyft must demonstrate that it is more likely than not that the amount in controversy exceeds the jurisdictional threshold of $75,000. 28 U.S.C. § 1446(c)(2)(A)(ii), (B). *See also Williamson v. Aetna Life Ins. Co.*, 481 F.3d 369, 377 (6th Cir. 2007) (holding district court properly determined it had diversity jurisdiction because "it was more likely than not" that the plaintiff's claim would exceed $75,000).

8. Plaintiffs' Complaint alleges that Plaintiff Murego "sustained serious and permanent damages as a result of being shot twice in the head." Complaint at ¶ 9. Further, Plaintiffs' counsel has represented in communications with undersigned counsel that his client endured a prolonged hospitalization with significant medical expenses. Further, Plaintiffs' counsel would not stipulate that his clients' damages were less than $75,000. Based on these allegations and representations, the amount in controversy exceeds $75,000.

9. Therefore, this Court has jurisdiction over this matter, and removal is proper under 28 U.S.C. §§ 1332, 1441 because there is diversity of citizenship between the parties and, upon information and belief, the amount in controversy exceeds $75,000.00.

10. A Notification of Filing Notice of Removal in Federal Court in the form attached as Exhibit "B" was filed in the Circuit Court of the Commonwealth of Kentucky, in and for the County of Jefferson, pursuant to 28 U.S.C. § 1446(d) and served upon counsel for Plaintiffs.

Respectfully submitted,

/s/ Patrick B. Healy
Patrick B. Healy (92981)
Roetzel & Andress
625 Eden Park Drive, Suite 450
Cincinnati, OH 45202
Phone: 513.361.0200
Fax: 513.361.0335
Email: phealy@ralaw.com
*Counsel for Defendant Lyft, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2023, I electronically transmitted the forgoing document to the Clerk's office using the Court's CM/ECF System for filing and a true and correct copy was served via electronic mail upon Aaron Michael Murphy, 513 South Second Street, Louisville, Kentucky 40202, amm@louisvillefirm.com.

/s/ Patrick B. Healy
Patrick B. Healy (92981)