**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

*ELECTRONICALLY FILED*

| | | |
|---|---|---|
| **OCTAVE MUREGO, et al.,** | ) | **Case No.:  3:23-cv-00013-RGJ-CHL** |
| | ) | |
| **Plaintiffs,** | ) | **Judge Rebecca Grady Jennings** |
| | ) | |
| **v.** | ) | **Magistrate Judge Colin H. Lindsay** |
| | ) | |
| **LYFT, INC.** | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**AGREED ORDER OF DISMISSAL**</u>

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties, by and through their respective undersigned counsel, agree to the dismissal with prejudice of all claims asserted by Plaintiffs Octave Murego and Divine Nyiramucyo in this action. The parties to bear their own costs.

IT IS SO ORDERED.

September 14, 2023

_____
Date

Rebecca Grady Jennings, District Judge
United States District Court

/s/ Aaron Murphy
Aaron Michael Murphy
513 South Second Street
Louisville, KY 40202,
Phone:  502.473.6464
amm@louisvillefirm.com
*Counsel for Plaintiffs*

/s/ Patrick B. Healy
Patrick B. Healy (92981)
Roetzel & Andress
625 Eden Park Drive, Suite 450
Cincinnati, OH 45202
Phone:  513.361.0200
Fax:  513.361.0335
Email: phealy@ralaw.com
*Counsel for Defendant Lyft, Inc.*

19585458 _1 142234.0076